**Electronically Filed**
**Intermediate Court of Appeals**
**CAAP-23-0000433**
**29-DEC-2023**
**08:09 AM**
**Dkt. 57 ODSD**

NO. CAAP-23-0000433

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

IN THE INTEREST OF B.C. AND O.C.

APPEAL FROM THE FAMILY COURT OF THE FIRST CIRCUIT
(FC-S NO. 21-00076)

ORDER DISMISSING APPEAL
(By:  Leonard, Presiding Judge, Hiraoka and Wadsworth, JJ.)

Upon review of the record, it appears that:

(1) The statement of jurisdiction and opening brief were due on or before September 1, 2023, and September 25, 2023, respectively;

(2) Mother-Appellant E.C. (**EC**) failed to file either document, or request an extension of time;

(3) On September 29, 2023, the appellate clerk entered a default notice informing EC that the time for filing the statement of jurisdiction and opening brief had expired, the matter would be called to the court's attention on October 9, 2023, for appropriate action, which could include dismissal of the appeal under Hawaiʻi Rules of Appellate Procedure Rules 12.1(e) and 30, and EC could request relief from default by motion; and

(4) EC has not taken any further action in this appeal.

Therefore, IT IS HEREBY ORDERED that the appeal is dismissed.

DATED:  Honolulu, Hawaiʻi, December 29, 2023.

/s/ Katherine G. Leonard
Presiding Judge

/s/ Keith K. Hiraoka
Associate Judge

/s/ Clyde J. Wadsworth
Associate Judge